**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adversary Proceeding |
| | Case No. 19-50947 (JKS) |
| Plaintiff, | |
| vs. | |
| JOHN FAGAN, | |
| Defendant. | **Ref. Docket No. 63** |

**CERTIFICATE OF SERVICE**

I, JENNIFER NOBLE, hereby certify that:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 31, 2024, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding," dated January 31, 2024 [Docket No. 63], by causing a true and correct copy to be delivered via electronic mail to the party listed on the annexed Exhibit A.

> */s/ Jennifer Noble*
> Jennifer Noble

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

# EXHIBIT A

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*.
Case No. 17-12560 (JKS) - Email Service Party

| Name | Email Address |
|---|---|
| Counsel to Defendant, John Fagan | mjoyce@mjlawoffices.com |